UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| PAOLO RIZZI | | |
| PATRIZIA RIZZI | : | |
| Debtors | : | Bankruptcy No. 12-18400 |

| | | |
|---|---|---|
| PAOLO RIZZI | : | |
| PATRIZIA RIZZI | | |
| | : | |
| Plaintiffs | : | |
| v. | | |
| GIUSEPPE DIMEO | | |
| LUCIA DIMEO | : | |
| | | Adversary No. 13-0433 |
| Defendants | : | |

...............................................

ORDER

...............................................

AND NOW, this 17th day of October 2013, upon motion of the plaintiffs

for default judgment against defendants Giuseppe and Lucia DiMeo,

And no response to the complaint having been filed,

And the plaintiffs certifying that proper service was made upon these

defendant and there being no answer in opposition to their motion for default judgment,

And the plaintiffs averring that the defendants, although holding a mortgage

on the plaintiffs' realty located at 909 Jamestown Road, Broomall,  Pennsylvania, hold a

wholly unsecured claim pursuant to 11 U.S.C. § 506 and In re McDonald, 205 F.3d 606

(3d Cir. 2000),

And the defendants not having responded or contested this averment,

Accordingly, it is hereby ordered that judgment be entered by default in favor of the plaintiffs and against the defendants.  Defendants' secured interest, if any, in the real property located at 909 Jamestown Road, Broomall, Pennsylvania, is avoided pursuant to 11 U.S.C. § 506(a), (d).

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Christopher G. Cappio, Esq.
Jacoby & Meyers Bankruptcy, LLP
111 S Independence Mall East,
Bourse Building, Suite 555
Philadelphia, PA 19106

Mr. Giuseppe DiMeo
Mrs. Luci DiMeo
2605 Lloyd's Lane
Norristown, PA 19403

William C. Miller, Esq.
Chapter 13 Trustee
111 South Independence Mall, Suite 583
Philadelphia, PA 19106